E. DONALD STERNER, STATE HIGHWAY COMMISSIONER, ETC., APPELLANT, v. GEORGE E. ABBOTT ET AL., RESPONDENTS.

Submitted February 12, 1937—Decided April 30, 1937.

For the appellant, *David T. Wilentz, William A. O'Brien* and *William J. McCormack.*

For the respondents, *Seufert & Elmore* and *Charles Fishberg.*

PER CURIAM.

The judgment herein is affirmed, by an equally divided court.

*For affirmance*—PARKER, DONGES, PERSKIE, HETFIELD, DEAR, WELLS, RAFFERTY, COLE, JJ.  8.

*For reversal*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, LLOYD, CASE, BODINE, HEHER, WOLFSKEIL, JJ.  8.